UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAYE HALL,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 99-1136 (RMU) |
| ) | |
| **THE GEORGE WASHINGTON** ) | |
| **UNIVERSITY,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

## ORDER

In accordance with the Memorandum and Order issued this date, it is hereby

ORDERED that the defendant's Motion to Enforce Settlement Agreement, and all attachments thereto, be filed on the record in this case and docketed as of the date lodged, March 22, 2000; and it is further

ORDERED that plaintiff's counsel's response to the defendant's motion, and all attachments thereto, be filed on the record in this case and docketed as of the date lodged, March 24, 2000; and it is further

ORDERED that the letter from Faye Hall to Frazer Walton, Jr. and Steven W. Teppler that was entered into evidence in open Court be filed on the record in this case and docketed as of the date lodged, March 28, 2003.

The documents herein ordered into the record are attached hereto.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 13, 2005.